FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0668

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0668

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

SKYLER TRISTAN SCHNEIDER,

    Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 15, 2021, within which to prepare, serve, and file its response brief.

CMF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021